*Albert A. Lochiatto*, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* KEVIN HOLMES

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 544 (AC 25027), is denied.

*Auden C. Grogins*, special public defender, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided September 20, 2005